**Order entered May 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01421-CV

## WAL-MART STORES, INC.; WAL-MART STORES EAST, LP; WAL-MART LOUISIANA, LLC; SAM'S EAST, INC., AND SAM'S WEST, INC., Appellants

### V.

## XEROX STATE & LOCAL SOLUTIONS, INC. A/K/A/, F/K/A ACS STATE & LOCAL SOLUTIONS, INC., Appellee

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-13629**

## ORDER

Before the Court is appellee's May 9, 2019 "Second Unopposed Motion for Extension of Time to File Appellee's Brief." We **GRANT** the motion and **ORDER** appellee's brief due on or before June 14, 2019.

/s/     BILL WHITEHILL
JUSTICE